156 So.2d 225

### Herbert J. LEONARD

v.

### Floyd LAVIGNE and Mrs. Margaret Lavigne.

No. 46852.

Sept. 26, 1963.

Court of Appeal, First Circuit. 153 So.2d 544.

It is ordered that the writ of review issue; that the Court of Appeal send up the record in duplicate of the case; and that counsel for plaintiff and defendant be notified.

156 So.2d 225

### Henry C. HUNTER

v.

### The AMERICAN EMPLOYERS INSURANCE COMPANY.

No. 46868.

Sept. 26, 1963.

In re: Otto Veazey and Mrs. Olive Broussard Veazey applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 153 So. 2d 588.

Writ refused. The result is correct.